**From:**        CAS Releases
**Sent:**        Wednesday, May 7, 2025 4:43 PM
**To:**
**Subject:**     Read: 25cr1502 Kairy Quinonez (deft abstract)
**Attachments:**     Read: 25cr1502 Kairy Quinonez (deft abstract)

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.